## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MARENKO NEDELKOVSKI,**
**MARJA NEDELKOVSKA,**
**ANGELA NEDELKOVSKA, and**
**DANIELA NEDELKOVSKA,**
750 Inkster Rd., Dearborn Heights, MI 48127

Plaintiffs

**YUJIA SUN**
c/o Michael E. Piston, Attorney at Law, 225 Broadway Suite 307, New York, NY 10007

Movant

    against.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**
**111 Massachusetts Ave., N.W.**
**MS 2260**
**Washington, DC 20529-2260**

Defendant.

Case No.: 1:17-cv-01015

HON. ELLEN S. HUVELLE

SECOND MOTION FOR PERMISSIVE INTERVENTION

Pursuant to Federal Rule of Civil Procedure 24(b)(2), Youjia Sun respectfully moves the Court to permit her to intervene in this action on the grounds that she has a claim that shares with the main action a common question of law. The plaintiffs, Marenko Nedelkovski, Marja Nedelkovska, Angela Nedelkovska, and Daniela Nedelkovska consent to this motion. The movant has sought the consent of the defendant to this motion but has not received a response. Accordingly, Ms. Sun respectfully requests to permissively intervene in this action. A copy of the Second Amended Complaint including her claims (together with those of the prior movants who motion for permissive intervention is still pending with this Court) is filed as an exhibit to this motion.

Respectfully submitted, this 9th day of November, 2017

/s/ *Michael E. Piston*
Michael E. Piston (MI002)
Attorney for Plaintiffs and Movant
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

### CERTFICATE OF SERVICE

Plaintiffs' and movant's counsel certifies that a copy of the foregoing was filed with ECF on November 9, 2017, and so served upon all parties entering an appearance in this action.

/s/ *Michael E. Piston*
Michael E. Piston
Attorney for Plaintiffs and Movants
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com