UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARENKO NEDELKOVSKI,** *et al.*  )<br>)<br>Plaintiffs  )<br>)<br>v.  )<br>)<br>UNITED STATES CITIZENSHIP  )<br>& IMMIGRATION SERVICES  )<br>)<br>Defendant.  )<br>) | Civil Action No. 17-1015 (ESH)<br>(ECF) |

### STIPULATION OF SETTLEMENT AND DISMISAL WITH PREJUDICE

This Stipulation of Settlement and Dismissal with Prejudice is made between United States Citizenship and Immigration Services, ("Defendant" or "USCIS"), by and through the undersigned counsel, and Marenko Nedelkovski, *et al*. ("Plaintiffs") (collectively "the parties").

**WHEREAS**, Plaintiffs are challenging USCIS's decision relating to their Form I-539 change-of-status application from B-2 to F-l/F2; and

**WHEREAS**, Plaintiffs will be asked to file five (5) Forms I-539 with fees to request for a B-2 status extension;

**WHEREAS**, USCIS will process the Forms I-539 and apply 8 C.F.R § 214.l(c)(4), granting approvals of each B-2 extension for up to 6 months at a time to cure the prior USCIS finding of ineligibility for not maintaining B-2 status up to 30 days prior to the school's deferred program start date; and

**WHEREAS**, USCIS will *sua sponte* reopen the previously denied Form I-539 change-of-status application and adjudicate the application on its merits;

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action is hereby dismissed with prejudice and without costs or fees to any party.  This dismissal moots the pending motions to intervene.

| | |
|---|---|
| November 14, 2017, | Respectfully submitted, |

| | |
|---|---|
| /s/Michael E. Piston | JESSIE K. LIU, D.C. Bar No. 472845 |
| Michael E. Piston | United States Attorney |
| Attorney at Law | for the District of Columbia |
| 225 Broadway Suite 307 | |
| New York, NY 10007 | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| 646-845-9895 | Civil Chief |
| Fax: 206-770-6350 | |
| Email: michaelpiston4@gmail.com | |
| | By:_____/s/_____ |
| | KENNETH ADEBONOJO |
| | Assistant United States Attorney |
| | Judiciary Center Building |
| | 555 4th Street, N.W. – Civil Division |
| | Washington, D.C.  20530 |
| | Telephone: (202) 252-2562 |

So Ordered:

/s/ *Ellen S. Huvelle*   **11/14/2017**
_____
HON. ELLEN S. HUVELLE
United States District Judge

2